UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS DIAZ,<br><br>                      Petitioner,<br><br>    v.<br><br>STEPHEN SINCLAIR,<br><br>                      Respondent. | Case No. C17-1412-RAJ<br><br>ORDER DISMISSING FEDERAL HABEAS ACTION |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of James P. Donohue, Chief United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1)    The Report and Recommendation is approved and adopted.

(2)    Petitioner's petition for writ of habeas corpus (Dkt. 1-1) is DISMISSED without prejudice for failure to exhaust state court remedies.

(3)    Petitioner's application to proceed with this action *in forma pauperis* (Dkt. 1) and his motion to expedite this proceeding (Dkt. 6) are STRICKEN as moot.

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

(4) The Clerk is directed to send copies of this Order to petitioner and to the Honorable James P. Donohue.

DATED this 20th day of December, 2017.

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2